**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                         **CRIMINAL NO.:  4:22-cr-65-DMB-JMV-1**

**SHELBY JAMES CLEMENTS**

### ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest.  The Office of the Federal Public Defender contacted **Derrick T. Simmons** on **June 9, 2022,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Derrick T. Simmons** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Derrick T. Simmons** hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 9th day of June, 2022.


 /s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE